# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

### In Case No. 2017-0519, <u>Donald Toy & a. v. City of Rochester</u>, the court on October 16, 2018, issued the following order:

This is an appeal by the petitioners, Donald and Bonnie Toy, from the order of the Superior Court (<u>Howard</u>, J.), granting summary judgment in favor of the defendant, the City of Rochester, on the petitioners' action seeking a declaratory judgment that they were not required to obtain a variance in order to expand the existing manufactured home park they own on to adjacent property they acquired.

In a separate proceeding, the petitioners applied for and were granted a variance by the Rochester Zoning Board of Adjustment (ZBA), which allowed them to expand their manufactured housing park on to the adjacent property. The Rochester City Council appealed the ZBA's decision, which we recently affirmed in case no. 2017-0501, <u>Rochester City Council v. Rochester Zoning Board of Adjustment & a.</u> (opinion issued Sept. 7, 2018). The mandate in that case was issued on October 1, 2018.

Because the decision in case no. 2017-0501 grants the petitioners the same relief they seek in this case, this case is moot. Accordingly, we hereby dismiss the appeal.

<u>Appeal dismissed</u>.

LYNN, C.J., and HICKS, BASSETT, and HANTZ MARCONI, JJ., concurred.

**Eileen Fox,**
**Clerk**